## SOCIEDAD DE MARIO MERCADO E HIJOS v. PUERTO RICO.

No. 786.   Decided March 7, 1966.

*Pedro M. Porrata* and *Charles Cuprill Oppenheimer* for appellant.

*J. B. Fernandez Badillo,* Solicitor General of Puerto Rico, and *Irene Curbelo,* Assistant Solicitor General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE FORTAS took no part in the consideration or decision of this case.